UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | : |
|---|---|
| **Tristano Korlou,** | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:10-cv-01250 |
| | : |
| v. | : |
| | : |
| **Credit Collection Services; and DOES 1-10, inclusive,** | : |
| | : |
| | : |
| Defendants. | : |

_____

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Credit Collection Services with prejudice and without costs to any party.

| **Tristano Korlou** | **Credit Collection Services** |
|---|---|
| __/s/ Sergei Lemberg_____ | __/s/ Jonathan D. Elliot_____ |
| **Sergei Lemberg, Esq. (Juris No. 425027)** | Jonathan D. Elliot (ct05762) |
| **LEMBERG & ASSOCIATES** | Zeldes, Needle & Cooper, P.C. |
| **1100 Summer Street, 3rd Floor** | 1000 Lafayette Boulevard |
| **Stamford, CT  06905** | Bridgeport, CT  06604 |
| **(203) 653-2250** | Tel: (203) 333-9441 |
| **Attorney for Plaintiff** | Fax: (203) 333-1489 |
| | Email: jelliot@znclaw.com |
| | **Attorney for Defendant** |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg